Joseph H. Harrington
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 19 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:19-CR-6017-SMJ |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| JEREMY JAY GULLETT, | |
| Defendant. | 18 U.S.C. §§ 922(g)(1), 924(a)(2), Felon in Possession of a Firearm (Count 2) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about February 22, 2019, in the Eastern District of Washington, the Defendant, JEREMY JAY GULLETT, did knowingly and intentionally possess with

INDICTMENT – 1

the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about February 22, 2019, in the Eastern District of Washington, the Defendant, JEREMY JAY GULLETT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate and foreign commerce, a firearm, to wit: a Ruger .22 caliber pistol bearing serial number 224-61885, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant JEREMY JAY GULLETT, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:
    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), (3), (5), and 924(a)(2), as set forth in Count 1 of this Indictment, Defendant JEREMY JAY GULLETT, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

- Ruger .22 caliber pistol bearing serial number 224-61885

DATED this 19 day of March 2019.

A TRUE BILL

_/s/ Joseph H. Harrington_
Joseph H. Harrington
United States Attorney

_/s/ Caitlin Baunsgard_
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 3