Paul E. Shelton
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jeremy Jay Gullett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Jeremy Jay Gullett,<br><br>                    Defendant. | No.  4:19-cr-6017-SMJ<br><br>**Statement of Reasons in Support of Motion to Continue** |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. §3161, to go to trial within a 70-day period. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for a continuance. A Motion to Continue the trial has been filed. I ask this Court to grant that Motion to Continue and reset the trial date from its current date of July 15, 2019 to a date not later than October 28, 2019 for the reasons stated in the motion to continue and under 18 U.S.C. § 3161.

Statement of Reasons:  1

1    I understand that if the Court grants the Motion to Continue that all time

2    between the date the Motion to Continue was filed and the new date for trial will be

3    excluded from the speedy trial period under the Speedy Trial Act.

4

5    _____

6    Defendant

7    Date: 5/21/19

8    I have read this form and discussed the contents with my client.

9

10   _____

11   Counsel for Defendant

12   Date: 5/21/19

13   Dated: May  23, 2019

14

15               By s/ Paul E. Shelton
                    Paul E. Shelton, 52337
16                  Federal Defenders of Eastern
                    Washington and Idaho
17                  306 East Chestnut Avenue
                    Yakima, Washington 98901
18                  (509) 248-8920
                    (509) 248-9118 fax
19                  Paul_Shelton@fd.org

20

21

22

23

24

25

1

**Certificate of Service**

2

3       I hereby certify that on May 23, 2019, I electronically filed the foregoing with

4   the Clerk of the Court using the CM/ECF System, which will send notification of

    such filing to the following:

5       Caitlin A. Baunsgard, Assistant United States Attorney.

6

7                                           s/ Paul E. Shelton
                                            Paul E. Shelton
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25